No. 10-9738. Gary Don Franks, Petitioner v. United States.

563 U.S. 967, 131 S. Ct. 2169, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3349.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 95.